IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02338-PSF-PAC

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

VISTA MANAGEMENT ASSOCIATES, INC.,

    Defendant.

## ORDER SETTING MOTION HEARING

THIS MATTER is before the Court on the parties' Joint Motion for Entry of Proposed Consent Decree (Dkt. # 2).  The Court hereby ORDERS that this motion will be addressed at a hearing on **December 19, 2005, at 8:30 a.m.**

    DATED: November 28, 2005

                                                    BY THE COURT:

                                                  *s/ Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge