IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02338-PSF-PAC

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

v.

VISTA MANAGEMENT ASSOCIATES, INC.,

        Defendant.

---

## ~~PROPOSED~~ ORDER

---

It is hereby ORDERED that the PROPOSED CONSENT DECREE BE ENTERED.

DATED this 19th day of December, 2005.

BY THE COURT:

_/s/ Phillip S. Figa_
United States District Court ~~Senior Judge Richard P.~~ Matsch

NEF 12-19-05